IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BRYAN LEE,<br><br>Defendants. | **4:22CR3077**<br><br>**ORDER** |

Counsel for defendant notified the court on 9/15/2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from Motion Hearing held 10/17/2024

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

Dated this 24th day of September, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge